1

2

3

4

5

6

7

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 4 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | Case No.: 5:23-MJ-134 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Edward Armstrong, | ) | |
| Defendant. | ) | |

16      The defendant having been arrested in this District pursuant to a warrant

17 issued by the United States District Court for the ___Southern___ District of

18 ___California___ for alleged violation(s) of the terms and conditions of probation

19 or supervised release; and

20      Having conducted a detention hearing pursuant to Federal Rule of Criminal

21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22 A.  (X)   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (X)   information in the Pretrial Services Report and Recommendation

26              (X)   information in the violation petition and report(s)

27              ( )   the defendant's nonobjection to detention at this time

28              ( )   other: _____

1

1        and/ or

2   B. ( )    The defendant has not met his/her burden of establishing by clear and

3        convincing evidence that he/she is not likely to pose a danger to the

4        safety of any other person or the community if released under 18 U.S.C.

5        § 3142(b) or (c).  This finding is based on the following:

6        ( )    information in the Pretrial Services Report and Recommendation

7        ( )    information in the violation petition and report(s)

8        ( )    the defendant's nonobjection to detention at this time

9        ( )    other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:   March 24, 2023                _____

15                                    SHERI PYM

                            United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28